# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

2008 JUL -9 AM 11: 23

United States of America )
v. )
) Case No: CR605-00032-001
Tyrone Brown )
) USM No: 12637-021
Date of Previous Judgment: July 18, 2006 ) Matthew Lanier Waters
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___102___ months **is reduced to** ___100 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29             Amended Offense Level: 27
Criminal History Category: IV          Criminal History Category: IV
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain): The Court has imposed a sentence at the bottom end of the amended guideline range. The Court departed below the minimum of the guideline range at the time of sentencing; however, the Court contends the defendant's conduct, especially his prior criminal conduct, poses a threat to the community. After considering several factors identified in 18 U.S.C. § 3553(a), namely the history and characteristics of the defendant and the need to protect the public, the Court will not depart.

**III. ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated ___July 18, 2006,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____ For the Southern District of Georgia
(if different from order date)                    Printed name and title